cent J. Ziccardi, Defender, for appellant; Maxine J. Stotland, Assistant District Attorney, with her Milton M. Stein, Assistant District Attorney, James D. Crawford, Deputy District Attorney, Richard A. Sprague, First Assistant District Attorney, and Arlen Specter, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Reaves, Appellant.

Submitted September 11, 1972. Lee Mandell, and Charleston & Fenerty, for appellant; Milton M. Stein, Assistant District Attorney, James D. Crawford, Deputy District Attorney, and Arlen Specter, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Remley, Appellant.

Submitted September 18, 1972. Neil Leibman, for appellant; Milton M. Stein, Assistant District Attorney, James D. Crawford, Deputy District Attorney, and Arlen Specter, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Richardson, Appellant.

Argued September 13, 1972. *J. Marston,* Assistant Public Defender, with him *Robert A. Godwin,* Assistant Public Defender, for appellant; *Stephen B. Harris,* First Assistant District Attorney, with him *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Richardson, Appellant.

Argued September 14, 1972. *Drew Salaman,* Assistant Defender, with him *Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Richardson, Appellant.

Submitted September 11, 1972. *Lee Mandell,* and *Charleston & Fenerty,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.